IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**SHARA SMITH,**

    **Defendant.**　　　　　　　　　　　　　**Case No.  05-CR-30133-DRH**

## ORDER

**HERNDON, District Judge:**

Upon motion of the United States of America (Doc. 190), Counts 1, 16, and 17 are dismissed as to defendant Shara Smith.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2006.

                                            /s/          David   RHerndon
                                            **United States District Court**